**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**KANSAS CITY**

| | |
|---|---|
| IIHAB Partnership, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NUTRIEN LTD.; NUTRIEN AG SOLUTIONS; THE MOSAIC CO.; MOSAIC FERTILIZER, LLC; CF INDUSTRIES HOLDINGS, INC.; KOCH INDUSTRIES, LLC; KOCH AG & ENERGY SOLUTIONS, LLC; KOCH FERTILIZER WEVER, LLC; KOCH AGRONOMIC SERVICES, LLC; KOCH FERTILIZER, LLC; YARA INTERNATIONAL ASA; YARA NORTH AMERICA, INC.; CANPOTEX LTD.; INTERNATIONAL FERTILIZER ASSOCIATION; AND THE FERTILIZER INSTITUTE,<br><br>Defendants. | Case No. 4:26-cv-00221-DGK |

**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

COME NOW Plaintiff IIHAB Partnerships ("Plaintiff") and Defendants The Mosaic Company, Mosaic Fertilizer LLC, Nutrien Ag Solutions, Inc., Nutrien Ltd., CF Industries Holdings, Inc., Koch Agronomic Services, LLC, Koch Fertilizer Wever, LLC, Koch Ag & Energy Solutions, LLC, Koch Fertilizer, LLC, Koch Industries, LLC, Canpotex Limited, The Fertilizer Institute, and Yara North America, Inc. (collectively, the "Moving Defendants") jointly move for an extension of the Moving Defendants' deadlines to answer, plead, or otherwise respond to the Complaint filed in this action. In support, the Parties state as follows:

1. On March 16, 2026, Plaintiff filed a Class Action Complaint against Defendants Nutrien Ltd.; Nutrien Ag Solutions; The Mosaic Co.; Mosaic Fertilizer, LLC; CF Industries

Holdings, Inc.; Koch Industries, LLC; Koch Ag & Energy Solutions, LLC; Koch Fertilizer Wever, LLC; Koch Agronomic Services, LLC; Koch Fertilizer, LLC; Yara International ASA; Yara North America, Inc.; Canpotex Ltd.; International Fertilizer Association; and The Fertilizer Institute. The Complaint alleges that Defendants entered into an unlawful agreement to fix the prices of nitrogen, phosphate, and potassium (potash) fertilizers ("NPK Fertilizers").

2. Each of the Moving Defendants has been served a copy of the Summons and their current deadlines to respond to the Complaint are April 14, 2026 for Defendants The Mosaic Co.; Mosaic Fertilizer, LLC; Yara North America, Inc.; and The Fertilizer Institute; May 26, 2026 for Nutrien Ag Solutions, Inc.; Nutrien Ltd.; and CF Industries Holdings, Inc.; May 29, 2026 for Koch Fertilizer, LLC; Koch Agronomic Services, LLC; Koch Ag & Energy Solutions, LLC; Koch Fertilizer Wever, LLC; and Koch Industries, LLC; and April 28, 2026 for Canpotex Ltd.

3. Other putative class actions asserting overlapping allegations against one or more Defendants are pending in this and other federal courts, including: the Northern District of Illinois, No. 26-cv-03051; No. 1:26-cv-03745; No. 1:26-cv-03872, and No. 1:26-cv-02585; the District of Kansas, No. 2:26-cv-02146; No. 2:26-cv-02164; No. 2:26-cv-02175; and No. 2:26-cv-02179 the Western District of Missouri, No. 4:26-cv-04063, and No. 5:26-cv-6065, the Northern District of California, No. 3:26-cv-02970, and the District of Colorado No.1:26-cv-1043, and No. 1:26-cv-1494, (together, the "Related Actions").

4. On March 19, 2026, Plaintiff IIHAB Partnership filed a motion before the Judicial Panel on Multidistrict Litigation ("JPML"), pursuant to 28 U.S.C. § 1407, seeking to transfer and centralize this action and the Related Actions in the United States District Court for the Western District of Missouri for coordinated pretrial proceedings under the caption *In re NPK Fertilizer Antitrust Litigation* (the "JPML Motion").

5. On March 28, 2026, plaintiffs in the Related Actions, *Stevens v. Nutrien AG Solutions, Inc., et al.*, No. 1:26-cv-02585 (N.D. Ill.) and *Rumbold v. Nutrien AG Solutions, Inc., et al.*, No. 1:26-cv-03051 (N.D. Ill.), filed a response before the JPML seeking to transfer and centralize the Related Actions in the United States District Court for the Northern District of Illinois.

6. The Plaintiff and the Moving Defendants have conferred and agree that judicial economy and the interests of the parties would be served—and unnecessary and redundant filings and proceedings avoided—by deferring responsive motions and pleadings until after proceedings in front of the JPML are resolved and, assuming the JPML transfers and centralizes this action and the Related Actions for pretrial proceedings, a consolidated amended complaint has been filed (the "MDL Action").

7. Accordingly, the Plaintiff and the Moving Defendants respectfully request that the Court enter an order extending the deadlines set forth in Paragraph 2 as follows, and as set forth in the Proposed Order:

- The Moving Defendants, without waiving any defenses otherwise available to them in this or any other action, shall have up to sixty (60) days after the filing of a consolidated amended complaint in the MDL Action to answer, plead, or otherwise respond to Plaintiff's consolidated amended complaint, unless the Court presiding over the MDL Action sets a different schedule.
- If any Moving Defendant answers, moves, or otherwise pleads with respect to a Complaint in a related case pending in any District, that Moving Defendant will concurrently answer, move, or otherwise plead with respect to the Complaint in this Action.

- If the JPML denies the JPML Motion, the Moving Defendants shall have sixty (60) days from entry of the JPML's order denying the motion to answer or otherwise respond to the Complaint here.

8. No prior extensions of the deadline to respond to the Complaint have been requested or granted.

Dated: April 13, 2026

Respectfully submitted,

/s/ /Bryan T. White
Bryan T. White (MO 55805)
Gene P. Graham, Jr. (MO 34950)
**WHITE, GRAHAM, BUCKLEY, & CARR, LLC**
19049 East Valley View Parkway, Ste. C
Independence, Missouri 64055
Tel: (816) 373-9080
Fax: (816) 373-9319
ggraham@wagblaw.com
bwhite@wagblaw.com
Benjamin J. Widlanski
Brandon M. Sadowsky

Lindsey E. Graham
**KOZYAK TROPIN THROCKMORTON LLP**
2525 Ponce de Leon Boulevard, 9th Floor
Coral Gables, Florida 33134
Tel: (305) 372-1800
Fax: (305) 372-3508
bwidlanski@kttlaw.com
bsadowsky@kttlaw.com
lgraham@kttlaw.com

Joseph R. Saveri
Diane S. Rice
Cadio Zirpoli
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, California 94104

*/s/ Winthrop B. Reed, III*
Winthrop B. Reed, III, #42840MO
Oliver H. Thomas, #60676MO
**LEWIS RICE LLC**
600 Washington Avenue, Suite 2500
St. Louis, MO 63101
Telephone: (314) 444-7617
Facsimile: (314) 612-7617
wreed@lewisrice.com
othomas@lewisrice.com

Mark A. Ford (*pro hac vice*)
**Wilmer Cutler Pickering Hale and Dorr LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6423
Mark.Ford@wilmerhale.com

*Attorneys for The Mosaic Company, Mosaic Fertilizer LLC*

/s/ Tristan L. Duncan
Tristan L. Duncan (MO #39525)
Steven D. Soden
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816)-474-6550
Cell:(913)-530-0448
Fax: (816)-421-5547

Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com

Clayton A. Jones (MO 51802)
**CLAYTON JONES, ATTORNEY AT LAW**
P.O. Box 257 405 W. 58 Hwy.
Raymore, Missouri 64083
Tel: (816) 318-4266
Fax: (816) 318-4267
clayton@claytonjoneslaw.com

*Attorneys for Plaintiff and the Proposed Class*

tlduncan@shb.com
ssoden@shb.com
*Attorneys for Nurtien AG Solutions, Inc and Nutrien Ltd.*

*/s/ Elizabeth Marden*
Elizabeth Marden
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
libby.marden@kirkland.com

*Attorney for CF Industries Holdings, Inc.,*

/s/ Nathan F. Garrett
Nathan Garrett (MO 46500)
J. Aaron Craig (MO 62041)
Graves Garrett Greim LLC
1100 Main St., Suite 2700
Kansas City, MO, 64105
Telephone: (816) 256-3181
NGarrett@gravesgarrett.com
ACraig@gravesgarrett.com

Heather Lamberg
Freshfields US LLP
700 13th Street NW, 10th Floor
Washington, DC 20005
Telephone: (202) 210-8639
Heather.Lamberg@freshfields.com
(admitted pro hac vice)

Eitan Berkowitz
Freshfields US LLP
One Bush Street NW, 17th Floor
San Francisco, CA, 94104
Telephone: (415) 314-8293
tani.berkowitz@freshfields.com
(admitted pro hac vice)

*Attorneys for Yara North America, Inc.*

*/s/ Sean W. Colligan*

Sean W. Colligan, Mo. #48491
STINSON LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
Tel: (816) 691-3384
Fax: (816) 691-3495
sean.colligan@stinson.com

*Attorney for Koch Agronomic Services, LLC, Koch Fertilizer, LLC, Koch Ag & Energy Solutions, LLC, Koch Fertilizer Wever, LLC Koch Industries, LLC*

/s/ *James Grice*
James Grice (MO Bar Number: 41644)
**Akerman LLP**
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone: (816) 820-6624
james.grice@akerman.com

Richard Brosnick
**Akerman LLP**
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
Telephone: (212) 880-3834
richard.brosnick@akerman.com
*Attorneys for Canpotex Ltd.*

*/s/ Jason K. Winslow*
Jason K. Winslow (MO Bar Number: 60710)
**Gordon Rees Scully Mansukhani, LLP**
211 North Broadway, Suite 2150
St. Louis, MO 63102
Telephone: (314) 961-6686
jwinslow@grsm.com

Peter G. Siachos
**Gordon Rees Scully Mansukhani, LLP**
677 King Street, Suite 450
Charleston, SC 29403
Telephone: (843) 714-2505
psiachos@grsm.com

*Attorneys for The Fertilizer Institute*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 13, 2026 a true and accurate copy of the foregoing was filed via the Court's CM/ECF Filing System, which will send notice to all counsel of record.

*/s/ Winthrop B. Reed, III*